UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Holli R. Casanzio v. Bayer Corporation, et al.* | No. 10-cv-13558-DRH |
| *Jody Conley v. Bayer Corporation, et al.* | No. 10-cv-12989-DRH |
| *Margaret Degrassi v. Bayer Corporation, et al.* | No. 11-cv-11084-DRH |
| *Lyndsey L. Devine v. Bayer Corporation, et al.* | No. 10-cv-12990-DRH |
| *Joan Drader v. Bayer Corporation, et al.* | No. 10-cv-13786-DRH |
| *Sara Farmer v. Bayer Corporation, et al.* | No. 10-cv-13847-DRH |
| *Betzaida T. Lauer v. Bayer Corporation, et al.* | No. 10-cv-13035-DRH |
| *Denise M. Marino v. Bayer Corporation, et al.* | No. 10-cv-13046-DRH |
| *Jacqueline M. Smith v. Bayer Corporation, et al.* | No. 11-cv-10922-DRH |
| *Allyson Wald v. Bayer Corporation, et al.* | No. 10-cv-13842-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

APPROVED:

Digitally signed by Judge David R. Herndon
Date: 2016.04.11 15:38:14 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

2